# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

CR 06-285

U.S.A. v. Ralph J. Longo                              Docket No. 04-554-TMD (D/MD)

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ralph J. Longo, who was placed on supervision by the Honorable Thomas M. DiGirolamo, sitting in the Court in the District of Maryland, on the 20th day of August 2004, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall satisfactorily participate in a treatment program approved by the probation office relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary.
- Shall satisfactorily participate in a mental health treatment program approved by the probation office which may include evaluation, counseling, and testing as deemed necessary.
- Shall satisfactorily participate in an anger management program approved by the probation office
- Shall not consume any alcohol during the term of supervision.
- Shall pay a special assessment of $20, and a fine of $480, in monthly installments of $25, to commence on September 20, 2004, and payable the of 20th each month thereafter.

08-20-04:   Assault and Destroying Property; 3 years' probation at each count to run concurrently; Currently supervised by U.S. Probation Officer Wendy M. Brown.
03-14-06:   Jurisdiction transferred from the District of Maryland to the Western District of Pennsylvania.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant has violated the following conditions of supervised release:

**You shall not commit another federal, state, or local crime.**

On August 4, 2006, the defendant was arrested on charges of Rape, Statutory Sexual Assault, Sexual Assault, Aggravated Assault, Endangering the Welfare of Children, Involuntary Deviate Sexual Intercourse, and Indecent Assault at OTN G 318157-0. He is currently in custody at the Allegheny County Jail on a $25,000 straight cash bond. A preliminary hearing is scheduled for August 18, 2006.

On May 7, 2006, the defendant was arrested for Simple Assault at OTN G 312402-6. This case was dismissed at a preliminary hearing on June 16, 2006.

On April 14, 2006, the defendant was charged with Aggravated Assault, Disorderly Conduct, and Public Drunkenness at OTN G 310764-6. This case has been scheduled for a formal arraignment on September 11, 2006, in Allegheny County Court of Common Pleas.

On March 3, 2006, the defendant was arrested for Simple Assault at OTN G 309176-0. This case, which has been continued on several occasions, is now scheduled for October 4, 2006, to allow him time to complete domestic violence classes.

**Shall satisfactorily participate in a treatment program approved by the probation office relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary.**

**Shall not consume any alcohol during the term of supervision.**

U.S.A. vs. Ralph J. Longo
Docket No. 04-554-TMD (D/MD)
Page 2

On the following dates, the defendant tested positive for the use of marijuana:

> December 22, 2005
> January 6, 2006
> January 18, 2006
> March 1, 2006
> March 9, 2006

Since the commencement of this probation term, the defendant has reported frequent use of alcohol, as well as additional usage of marijuana that has not been detected through testing.

In March 2006, the he was referred for drug and alcohol counseling at Cove Forge but was terminated from the program shortly thereafter due to lack of attendance. To date, he has not resumed drug and alcohol counseling as directed by the probation officer.

**Shall satisfactorily participate in a mental health treatment program approved by the probation office which may include evaluation, counseling, and testing as deemed necessary.**

The defendant began mental health counseling in November 2004. Since that time, his attendance has been sporadic and inconsistent, and by his own report, he has been noncompliant with taking his psychotropic medications, as prescribed.

**Shall pay a special assessment of $20 and a fine of $480, in monthly installments of $25, to commence on September 20, 2004, and payable the of 20th each month thereafter.**

The defendant has not payed toward his fine as ordered by the Court. To date, a balance of $85 remains, with the last payment being applied toward this obligation on June 12, 2006.

**The defendant shall not leave the judicial district without permission of the Court or the probation officer.**

In June 2006, the probation office received information indicating that the defendant had traveled to Florida over Memorial Day weekend. When questioned, he admitted that he had traveled to Florida without obtaining prior approval.

PRAYING THAT THE COURT WILL ORDER that a bench warrant be issued for the defendant's arrest and that the warrant be lodged as a detainer at the Allegheny County Jail.

ORDER OF COURT

Considered and ordered this 17th day of Aug, 2006 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2006

_____
Wendy Brown
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:   Pittsburgh, PA