IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 06-285 |
| | ) | |
| RALPH J. LONGO | ) | |

**NOTICE OF CHANGE OF APPEARANCE OF COUNSEL**

NOTICE is hereby given that Ross E. Lenhardt, Assistant United States Attorney, is replacing Scott W. Brady, Assistant United States Attorney, as counsel of record for the government in the above-criminal action.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

SO ORDERED, this 30th day of August, 2006.

_____
Gary L. Lancaster, U.S. District Judge

s/ Ross E. Lenhardt
Ross E. Lenhardt
Assistant U.S. Attorney
U.S. Post Office and Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 644-3500 (Phone)
(412) 644-2645 (Fax)
ross.lenhardt@usdoj.gov
PA ID 53627