AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__Western__ District of __Pennsylvania__

UNITED STATES OF AMERICA
V.
RALPH J. LONGO

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 2:06-cr-00285-001
USM Number: #09122-068

Thomas Livingston, AFPD
Defendant's Attorney

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s) __1 (Substance Abuse)__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 (Substance Abuse) | The defendant shall satisfactorily participate in a treatment program approved by the Probation Officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary. | 3/30/2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Residence Address:

Defendant's Mailing Address:

9/7/2006
Date of Imposition of Judgment

Signature of Judge

Gary L. Lancaster          U.S. District Judge
Name of Judge              Title of Judge

9/19/06
Date

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT: RALPH J. LONGO
CASE NUMBER: 2:06-cr-00285-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Eight (8) months, with no additional period of supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

While incarcerated, the defendant should be evaluated for drug and alcohol abuse, as well as have a mental health evaluation completed. Furthermore, the Court recommends that the defendant be housed at a suitable facility nearest Pittsburgh, Pennsylvania.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL